**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Scott Birnbaum,

              Plaintiffs,

v.

Jade Lake Gourmet Inc., et al.

              Defendants.

Civ. Action No. 19-16444  (JMV)

**ORDER**

**John Michael Vazquez, U.S.D.J.**

It appearing in the above captioned action that the plaintiff has failed to move this case in accordance with the court's order filed on January 6, 2020 at D.E.10;

It is on this 1st day of February 2021,

**ORDERED** that this action is hereby dismissed as to all Defendants without prejudice and without costs for failure to proceed with this matter in a timely manner and for failure to comply with the Court's directive. It is further,

**ORDERED** that the Clerk shall **CLOSE** the case.

_____
John Michael Vazquez, U.S.D.J.